No. 491. COLEMAN *v.* CALIFORNIA. November 9, 1942. *Per Curiam:* The motion for leave to proceed *in forma pauperis* is granted. The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Troche* v. *California,* 280 U. S. 524. *John Lawrence Coleman, pro se.*

No. 426. FLOYD *v.* DU BOIS SOAP CO. November 9, 1942. *Per Curiam:* The motion for leave to proceed *in forma pauperis* is granted. The petition for writ of certiorari is granted and the judgment is reversed on the authority of *Overnight Motor Co.* v. *Missel,* 316 U. S. 572, and *Warren-Bradshaw Drilling Co.* v. *Hall, ante,* p. 88. *Mr. Charles A. Williams* for petitioner. *Mr. Alfred T. Geisler* for respondent.

No. —, Original. Ex PARTE WILLIAM IRA JENKINS. November 9, 1942. The motion for leave to file petition for writ of habeas corpus is denied.